ACCEPTED
12-15-00139-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
11/16/2015 11:54:57 AM
Pam Estes
CLERK

## NOS. 12-15-00139-CR
## and 12-15-00140-CR

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | **IN THE TWELFTH** |
| | § | |
| **VS.** | § | **COURT OF APPEALS** |
| | § | |
| **RONNY LEE WILLIAMS** | § | **TYLER, TEXAS** |

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
11/16/2015 11:54:57 AM
PAM ESTES
Clerk

## NOEL D. COOPER'S MOTION TO WITHDRAW AS COUNSEL

Noel D. Cooper, attorney for Appellant, asks the Court's permission to withdraw as counsel in this appeal.

### A. Introduction

1. Appellant is Ronny Lee Williams; Appellee is the State of Texas.

2. Noel D. Cooper is presently lead counsel for Appellant in this appeal.

### B. Argument & Authorities

3. The Court may permit an attorney to withdraw as counsel on appeal. TEX. R. APP. P. 6.5. Noel D. Cooper was court appointed to represent Appellant on appeal from his convictions in Nacogdoches County, Texas. After researching the issues and applying the law to the facts contained in the record, Noel D. Cooper has filed an *Anders* brief.

4. The list of all the current deadlines and settings in this case is as follows:

- Appellant's *pro se* brief is *likely* due on or before December 16, 2015.

TEX. R. APP. P. 6.5(a)(1).

5.      Noel D. Cooper sent a copy of this motion, including the list of all deadlines and settings, to Appellant.  TEX. R. APP. P. 6.5(a)(3), (b).  The motion was mailed to Appellant, by both certified and first-class mail, to his last known address.

6.      Noel D. Cooper informed Appellant in writing of his rights to object to this motion.  TEX. R. APP. P. 6.5(a)(4).

7.      Appellant's last known address and telephone number are the following:

RONNY LEE WILLIAMS
TDCJ-ID # 02001514
Stiles Unit
3060 FM 3514
Beaumont, TX 77705

TEX. R. APP. P. 6.5(a)(2).

## C.  Conclusion

8.      Noel D. Cooper has filed an *Anders* brief.  Noel D. Cooper does not believe that there are any meritorious issues on which to base and appeal and now requests permission to withdraw.

## D.  Prayer

9.     For these reasons, Noel D. Cooper asks the Court to grant this motion and permit him to withdraw as counsel in this appeal.

Respectfully submitted,

/s/Noel D. Cooper
Noel D. Cooper
Texas Bar No. 00796397
LAW OFFICES OF NOEL D. COOPER
117 North St., Suite 2
Nacogdoches, Texas 75961
Telephone: (936) 564-9000
Telecopier: (936) 715-6022
ATTORNEY FOR APPELLANT,
RONNY LEE WILLIAMS

## CERTIFICATE OF COMPLIANCE

Pursuant to TEX. R. APP. P. 9.4(i)(3), I certify that this document is computer generated and contains 296 words based on a computer word count.

/s/Noel D. Cooper
Noel D. Cooper

## CERTIFICATE OF SERVICE

I certify that I delivered a copy of this Motion to Withdraw as Counsel to each attorney of record or party in accordance with the Texas Rules of Appellate Procedure on November 16, 2015, at the addresses and manners below.

Nicole LoStracco
State Bar No. 00792906
Nacogdoches County District Attorney
101 W. Main, Suite 250
Nacogdoches, Texas 75961
Telephone: (936) 560-7766
Fax: (936) 560-6036
Email:nlostracco@co.nacogdoches.tx.us
**Via Electronic Service**

RONNY LEE WILLIAMS
TDCJ-ID # 02001514
Stiles Unit
3060 FM 3514
Beaumont, TX 77705
**Via First Class Mail and CMRRR**

/s/Noel D. Cooper
Noel D. Cooper
Attorney for Ronny Lee Williams